**No. 41405.**—Petition 5715–R of H. Reeve Angel & Co., Inc. (New York).

Opinion by McClelland, P. J.    Subsequent to making the entry it appeared that importer received information concerning a higher market value for the merchandise in question.    Since the appraisement had already taken place the collector appealed to reappraisement, which was submitted for decision on stipulation of counsel.    Being satisfied that the entry was made without any intention to defraud, the court granted the petition.

**No. 41406.**—Protests 840237–G, etc., of Louis Wolf & Co. (New York).

Opinion by Sullivan, J.    It was stipulated that the merchandise consists of microscope sets the same as those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23).    The claim at 45 percent under paragraph 228 (b) was therefore sustained.

**No. 41407.**—Protests 802762–G, etc., of Katagiri Corp. et al. (New York).

Opinion by Sullivan, J.    It was stipulated that the merchandise consists of microscope sets the same as those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23).    The claim at 45 percent under paragraph 228 (b) was therefore sustained.

**No. 41408.**—Protests 833204–G, etc., of S. S. Kresge Co. (Seattle).

Opinion by Sullivan, J.    In accordance with stipulation of counsel and on the authority of Abstract 37636 the wooden cabinets in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

Before the Second Division, May 25, 1939

**No. 41409.**—Protests 52031–G, etc., of H. Galland & Co. (New York).

Opinion by Tilson, J.    In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Woven fabrics in chief value of wool at 45 cents per pound and 50 percent ad valorem under paragraph 1109, Tariff Act of 1922; (2) embroidered articles or embroideries at 75 percent under paragraph 1430; and (3) artificial flowers at 60 percent under paragraph 1419.